CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 29 2008

JOHN F. CORCORAN, CLERK
BY: /s/ L. Brugh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL S. MOORE,<br>    Petitioner, | Civil Action No. 7:08-cv-00417 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** for failure to state a claim upon which relief can be granted and this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 29th day of July, 2008.

/s/ James C. Turk
Senior United States District Judge